CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 1 1 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:09-cr-00024-1 |
| | ) | Criminal Action No. 4:10-cr-00008-1 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| DOUGLAS A. PANNELL, JR., | ) | By:   Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's Rule 60 motion is **CONSTRUED** as a motion to vacate, set aside or correct

sentence, pursuant to 28 U.S.C. § 2255, and is **DISMISSED without prejudice** as successive; a

certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of

the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion

to Petitioner and counsel of record for the United States.

ENTER: This 11th day of February, 2014.

Senior United States District Judge