AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 18 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DOUGLAS A. PANNELL, JR. ) | Case No: 4:09cr00024-001 |
| ) | USM No: 02821-084 |
| Date of Previous Judgment: 03/03/2011 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant's base offense level, total offense level, and guideline imprisonment range were unaffected by the Fair Sentencing Act. His claims that there was an error in computing his criminal history are without merit and time-barred. See Fed. R. Crim. P. 35(a) (stating that a court may correct a sentence that resulted from clear error within 14 days of the sentencing).

Except as provided above, all provisions of the judgment dated  03/03/2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/18/2014

_____
Judge's signature

Effective Date: _____    Hon. Jackson L. Kiser, Senior U.S. District Judge
(if different from order date)    Printed name and title